# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation<br><br>        Plaintiff,<br>  vs.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.: 12 CV-1163-WBS-CKD<br><br>**ORDER** |
| LINDSAY CORPORATION,<br><br>        Third-Party Plaintiff,<br>  vs.<br><br>AREVA SOLAR, INC., AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC.; LLOYD W. AUBRY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC., and ZOES 1 through 50, inclusive,<br><br>        Third-Party Defendants. | |

Having read the application, and good cause appearing,

**IT IS HEREBY ORDERED** that the request by counsel for Third-Party Defendants AREVA SOLAR, INC. and AREVA CA I, LLC for leave to telephonically attend the upcoming hearing on its *Motion to Dismiss*, scheduled for June 3, 2013 at 2:00 p.m., is granted.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

- 1 -
**Request for Telephonic Appearance**
C:\CAED\iFolder\DSHU2\inBOX\Signed\12cv1163 GCube - Order Upon Third Party Defts Req to Appr by Phone at June 3 Motn Hrng.docx

1   **IT IS SO ORDERED.**

2   **Dated:  May 28, 2013**

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE