Jill A. Franklin, SBN 128280
Yaron F. Dunkel, SBN 215873
SCHAFFER, LAX McNAUGHTON & CHEN
A Professional Corporation
515 South Figueroa Street, Suite 1400
Los Angeles, CA 90071
Tel: (213) 337-1000
Fax: (213) 337-1010
franklinj@slmclaw.com; dunkely@slmclaw.com

**Attorneys for Defendant/Third-Party Plaintiff:** LINDSAY CORPORATION

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Timothy M. Blaine, SBN 124176
Christopher M. Egan, SBN 232301
Clayton T. Cook, SBN 260891
350 University Ave., Suite 200
Sacramento, California 95825
Tel: (916) 929-1481
Fax: (916) 927-3706
E-mails: tblaine@porterscott.com; cegan@porterscott.com; ccook@porterscott.com

**Attorneys for Third-Party Defendant:** PROJECT ASSISTANCE CORP. (formerly known as MATERIAL INTEGRITY SOLUTIONS, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____/ | CASE NO. 2:12-cv-01163-WBS-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE ATTORNEYS' FEE CLAIM AGAINST PROJECT ASSISTANCE CORPORATION FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT**<br><br>Complaint Filed:        April 30, 2012<br>Cross-Complaint Filed:   March 1, 2013 |

1
**STIPULATION AND [PROPOSED] ORDER TO STRIKE ATTORNEYS' FEE CLAIM AGAINST PROJECT ASSISTANCE CORPORATION FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT**
{01152312.DOCX}

LINDSAY CORPORATION,

        Third-Party Plaintiff,

v.

AREVA SOLAR, INC., AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC.; LLOYD W. AUBRY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC. and ZOES 1 through 50, Inclusive,

        Third-Party Defendants.

_____/

      Defendant/Third-Party Plaintiff LINDSAY CORPORATION, by and through its attorney of record, hereby stipulates to strike all allegations of attorneys' fees in its Third-Party Complaint against PROJECT ASSISTANCE CORPORATION (formerly known as MATERIAL INTEGRITY SOLUTIONS), specifically paragraphs 37, 42, 46 and the prayer for relief for the four causes of action. The parties agree to this stipulation by original or facsimile signatures.

Dated:   July 31, 2013          SCHAFFER, LAX, McNAUGHTON & CHEN

                                           By:   */s/ Jill A. Franklin* (authorized on 07/31/13)
                                                    Jill A. Franklin
                                                    Yaron F. Dunkel
                                                  Attorneys for Defendant/Third-Party Plaintiff
                                                  LINDSAY CORPORATION

Dated:   August 7, 2013        PORTER SCOTT
                                         A PROFESSIONAL CORPORATION

                                         By:   */s/ Clayton T. Cook*
                                                 Timothy M. Blaine
                                                 Christopher M. Egan
                                                 Clayton T. Cook
                                                 Attorneys for Third-Party Defendant
                                                 PROJECT ASSISTANCE CORP.

# **ORDER**

The parties having so stipulated, IT IS ORDERED that all allegations of attorneys' fees against PROJECT ASSISTANCE CORPORATION (fka MATERIAL INTEGRITY SOLUTIONS, INC.) contained in LINDSAY CORPORATION's Third-Party Complaint for negligence, equitable indemnity, equitable contribution and declaratory relief, specifically paragraphs 37, 42, 46 and the prayer for relief for the four causes of action, are hereby stricken.

Dated:  August 8, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE