JILL A. FRANKLIN, ESQ.
State Bar No. 128280
YARON F. DUNKEL, ESQ.
State Bar No. 215873
SCHAFFER, LAX, McNAUGHTON & CHEN
A Professional Corporation
515 South Figueroa Street, Suite 1400
Los Angeles, CA 90071
(213) 337-1000

Attorneys for Defendant/Third-Party Plaintiff:
LINDSAY CORPORATION

JAMES W. RUSHFORD, ESQ.
State Bar No. 88739
KRISTINA L. SAGER, ESQ.
State Bar No. 249746
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, California 95825
(916) 565-0590

Attorneys for Third Party Defendant,
LLOYD W. AUBRY CO., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California Corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>LINDSAY CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____<br>LINDSAY CORPORATION,<br><br>            Third Party Plaintiff, | Case No.: 2:12-CV-01163-WBS-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE ATTORNEYS' FEES CLAIM AGAINST LLOYD W. AUBRY CO., INC. FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT**<br><br>Judge: Hon. William B. Shubb<br>Complaint Filed: 4/30/12<br>Trial Date: 5/6/14 |

1

1    vs.

2    AREVA SOLAR, INC., AUSRA CA I,
     LLC, now known as AREVA SOLAR
3    CA I, LLC; SPECIAL SERVICES
     CONTRACTORS, INC; LLOYD W.
4    AUBRY CO., INC,; MATERIAL
     INTEGRITY SOLUTIONS, INC.; and
5    ZOES 1 through 50, inclusive,

6             Third-Party Defendants.

7

8    Defendant/Third-Party Plaintiff LINDSAY CORPORATION, by and
9    through its counsel of record, hereby stipulates to strike any and all
10   allegations of attorneys' fees in its Third-Party Complaint, filed on
11   March 1, 2013, against Third-Party Defendant LLOYD W. AUBRY CO.,
12   INC., specifically paragraphs 37, 42, 46 and the prayer for relief for the
13   four causes of action.  Defendant/Third-Party Plaintiff LINDSAY
14   CORPORATION and Third-Party Defendant LLOYD W. AUBRY CO., INC.
15   hereby agree this stipulation may be executed in counterparts by way of
16   original and/or facsimile signatures.

17   Dated:  August 30, 2013

18                              **SCHAFFER, LAX, MCNAUGHTON & CHEN**

19                                      /s/ Jill A. Franklin  *per authority on 8/28/13*
                                 By:_____
20                                   JILL A. FRANKLIN
                                     State Bar No. 128280
21                                   YARON F. DUNKEL
                                     State Bar No. 215873
22                                   515 South Figueroa St., Ste. 1400
23                                   Los Angeles, CA 90071
                                     Attorneys for Defendant/Third Party
24                                   Plaintiff, LINDSAY CORPORATION

25

26   / / /

27   / / /

28

1 ///

2 Dated: August 30, 2013

**RUSHFORD & BONOTTO, LLP**

By: /s/ James W. Rushford
    JAMES W. RUSHFORD
    State Bar No. 88739
    2277 Fair Oaks Blvd., Ste. 495
    Sacramento, CA 95825
    Attorney for Third Party Defendant,
    LLOYD W. AUBRY CO., INC.

STIPULATION AND [PROPOSED] ORDER TO STRKE ATTORNEYS' FEES CLAIM AGAINST LLOYD W. AUBRY CO., INC. FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED that any and all allegations of attorneys' fees against LLOYD AUBRY CO., INC. contained in Defendant/Third-Party Plaintiff LINDSAY CORPORATION's Third-Party Complaint for negligence, equitable indemnity, equitable contribution and declaratory relief, specifically paragraphs 37, 42, 46 and the prayer for each of the four causes of action, are hereby stricken.

Dated:  August 30, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO STRKE ATTORNEYS' FEES CLAIM AGAINST LLOYD W. AUBRY CO., INC. FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT