JILL A. FRANKLIN, ESQ.
State Bar No. 128280
YARON F. DUNKEL, ESQ.
State Bar No. 215873
SCHAFFER, LAX, McNAUGHTON & CHEN
A Professional Corporation
515 South Figueroa Street, Suite 1400
Los Angeles, CA 90071
(213) 337-1000

Attorneys for Defendant/Third-Party Plaintiff:
LINDSAY CORPORATION

JAMES W. RUSHFORD, ESQ.
State Bar No. 88739
KRISTINA L. SAGER, ESQ.
State Bar No. 249746
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, California  95825
(916) 565-0590

Attorneys for Third Party Defendant,
LLOYD W. AUBRY CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California Corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>LINDSAY CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants.<br>_____<br>LINDSAY CORPORATION,<br><br>             Third Party Plaintiff, | Case No.:  2:12-CV-01163-WBS-CKD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STRIKE ATTORNEYS' FEES CLAIM AGAINST LLOYD W. AUBRY CO., INC. FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT**<br><br>Judge:  Hon. William B. Shubb<br>Complaint Filed:  4/30/12<br>Trial Date:  5/6/14 |

1

| | |
|---|---|
| 1 | vs. ) |
| 2 | ) |
| | AREVA SOLAR, INC., AUSRA CA I, ) |
| 3 | LLC, now known as AREVA SOLAR ) |
| | CA I, LLC; SPECIAL SERVICES ) |
| 4 | CONTRACTORS, INC; LLOYD W. ) |
| | AUBRY CO., INC,; MATERIAL ) |
| 5 | INTEGRITY SOLUTIONS, INC.; and ) |
| | ZOES 1 through 50, inclusive, ) |
| 6 | ) |
| | Third-Party Defendants. ) |

Defendant/Third-Party Plaintiff LINDSAY CORPORATION, by and through its counsel of record, hereby stipulates to strike any and all allegations of attorneys' fees in its Third-Party Complaint, filed on March 1, 2013, against Third-Party Defendant LLOYD W. AUBRY CO., INC., specifically paragraphs 37, 42, 46 and the prayer for relief for the four causes of action.  Defendant/Third-Party Plaintiff LINDSAY CORPORATION and Third-Party Defendant LLOYD W. AUBRY CO., INC. hereby agree this stipulation may be executed in counterparts by way of original and/or facsimile signatures.

Dated:  August 30, 2013

                  **SCHAFFER, LAX, MCNAUGHTON & CHEN**

                  /s/ Jill A. Franklin  *per authority on 8/28/13*
            By:_____
                  JILL A. FRANKLIN
                  State Bar No. 128280
                  YARON F. DUNKEL
                  State Bar No. 215873
                  515 South Figueroa St., Ste. 1400
                  Los Angeles, CA 90071
                  Attorneys for Defendant/Third Party
                  Plaintiff, LINDSAY CORPORATION

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO STRKE ATTORNEYS' FEES CLAIM AGAINST LLOYD W. AUBRY CO., INC. FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT

1  / / /

2  Dated:  August 30, 2013

3                                             **RUSHFORD & BONOTTO, LLP**

4

5                                             By: /s/ James W. Rushford
                                                  JAMES W. RUSHFORD
6                                                 State Bar No. 88739
                                                  2277 Fair Oaks Blvd., Ste. 495
7                                                 Sacramento, CA 95825
                                                  Attorney for Third Party Defendant,
8                                                 LLOYD W. AUBRY CO., INC.

3

## **ORDER**

The parties having so stipulated, IT IS SO ORDERED that any and all allegations of attorneys' fees against LLOYD AUBRY CO., INC. contained in Defendant/Third-Party Plaintiff LINDSAY CORPORATION's Third-Party Complaint for negligence, equitable indemnity, equitable contribution and declaratory relief, specifically paragraphs 37, 42, 46 and the prayer for each of the four causes of action, are hereby stricken.

Dated:  August 30, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER TO STRKE ATTORNEYS' FEES CLAIM AGAINST LLOYD W. AUBRY CO., INC. FROM LINDSAY CORPORATION'S THIRD-PARTY COMPLAINT