EDWARD C. DUCKERS (SB #242113)
ecduckers@stoel.com
JONATHAN A. MILES (SB #268034)
jamiles@stoel.com
CARISSA M. BEECHAM (SB #254625)
cmbeecham@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 617-8907

Attorneys for Plaintiff
GCube Insurance Services, Inc.

KEVIN J. McNAUGHTON, State Bar No. 096578
JILL A. FRANKLIN, State Bar No. 128280
YARON F. DUNKEL, State Bar No. 215873
SCHAFFER, LAX, McNAUGHTON & CHEN
A Professional Corporation
515 South Figueroa Street, Suite 1400
Los Angeles, California 90071
Telephone: (213) 337-1000
Facsimile: (213) 337-1010

Attorneys for Defendant LINDSAY CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-01163<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE PRAYER FOR PUNITIVE DAMAGES FROM PLAINTIFF GCUBE INSURANCE SERVICES, INC.'S COMPLAINT**<br><br>Trial Date: May 6, 2014 |

763035 17641

1

STIPULATION AND [PROPOSED] ORDER TO STRIKE PRAYER FOR PUNITIVE DAMAGES FROM PLAINTIFF GCUBE INSURANCE SERVICES, INC.'S COMPLAINT

75609939.1 0036090-00007

Plaintiff GCUBE INSURANCE SERVICES, INC. and Defendant LINDSAY CORPORATION, by and through their respective counsel of record, hereby stipulate and agree to strike all allegations of exemplary and punitive damages set forth in Plaintiff GCUBE INSURANCE SERVICES, INC.'s operative complaint against Defendant LINDSAY CORPORATION, specifically paragraphs 34-35, and Prayer for Relief on page 8:22, which states "For exemplary and punitive damages." The parties agree that this stipulation may be signed in counterparts and agree to this stipulation by original facsimile, or electronic signatures.

DATED: February 18, 2014        SCHAFFER, LAX, McNAUGHTON & CHEN
                                A Professional Corporation


                                BY: /s/ Yaron F. Dunkel
                                    KEVIN J. McNAUGHTON
                                    JILL A. FRANKLIN
                                    YARON F. DUNKEL
                                    Attorneys for Defendant LINDSAY
                                    CORPORATION

DATED: February 18, 2014        STOEL RIVES LLP




                                BY: /s/ Jonathan A. Miles
                                    (as authorized on 2/18/14)
                                    EDWARD C. DUCKERS
                                    CARISSA M. BEECHAM
                                    JONATHAN A. MILES
                                    Attorneys for Plaintiff GCUBE
                                    INSURANCE SERVICES, INC.

763035 17641

2

STIPULATION AND [PROPOSED] ORDER TO STRIKE PRAYER FOR PUNITIVE DAMAGES FROM
PLAINTIFF GCUBE INSURANCE SERVICES, INC.'S COMPLAINT

75609939.1 0036090-00007

# ORDER

The parties having so stipulated, IT IS ORDERED that all allegations of exemplary and punitive damages set forth in Plaintiff GCUBE INSURANCE SERVICES, INC.'s operative complaint against Defendant LINDSAY CORPORATION, specifically paragraphs 34-35, and Prayer for Relief on page 8:22, which states "For exemplary and punitive damages", are hereby stricken.

**IT IS SO ORDERED.**

Dated: February 20, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

763035 17641
3
STIPULATION AND [PROPOSED] ORDER TO STRIKE PRAYER FOR PUNITIVE DAMAGES FROM PLAINTIFF GCUBE INSURANCE SERVICES, INC.'S COMPLAINT
75609939.1 0036090-00007

SCHAFFER, LAX, MCNAUGHTON & CHEN
A PROFESSIONAL CORPORATION
515 SOUTH FIGUEROA STREET, SUITE 1400
LOS ANGELES, CALIFORNIA 90071
(213) 337-1000