| | |
|---|---|
| 1 | JAMES W. RUSHFORD, ESQ. |
| | State Bar No. 88739 |
| 2 | KRISTINA L. SAGER, ESQ. |
| | State Bar No. 249746 |
| 3 | RUSHFORD & BONOTTO, LLP |
| | 2277 Fair Oaks Blvd., Suite 495 |
| 4 | Sacramento, California  95825 |
| | (916) 565-0590 |

Attorneys for Third Party Defendant,
LLOYD W. AUBRY CO., INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California Corporation, | Case No.:  2:12-CV-01163-WBS-CKD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER THAT THE SETTLEMENT BETWEEN THIRD PARTY DEFENDANT LLOYD W. AUBRY CO., INC. AND THIRD PARTY PLAINTIFF, LINDSAY CORPORATION IS A GOOD FAITH SETTLEMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE §877.6** |
| vs. | |
| LINDSAY CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | Judge:  Hon. William B. Shubb |
| | Complaint Filed:  4/30/12 |
| | Trial Date:  5/6/14 |
| LINDSAY CORPORATION, | |
| Third Party Plaintiff, | |
| vs. | |
| AREVA SOLAR, INC., AUSRA CA I, LLC, now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC; LLOYD W. AUBRY CO., INC,; MATERIAL INTEGRITY SOLUTIONS, INC.; and ZOES 1 through 50, inclusive, | |
| Third-Party Defendants. | |

1

1  Whereas, Defendant/Third-Party Plaintiff LINDSAY CORPORATION, has
2  agreed to settle its Third Party claim against LLOYD W. AUBRY CO., INC. in
3  exchange for payment by or on behalf OF LLOYD W. AUBRY, CO., INC. to
4  LINDSAY CORPORATION in the total amount of $50,000.

5  By and through its counsel of record, each remaining party in this litigation
6  hereby stipulates that this settlement is a "*Good Faith Settlement*" as that term is used
7  in California code of Civil Procedure § 877.6 and that by this settlement all further
8  claims against LLOYD W. AUBRY CO., INC. for equitable comparative
9  contribution, partial or comparative indemnity, comparative negligence or
10 comparative fault are barred.  The parties hereby agree this stipulation may be
11 executed in counterparts by way of original and/or facsimile signatures.

12 Dated:  2/24/14                **SCHAFFER, LAX, MCNAUGHTON & CHEN**

13                                By:   /s/ Jill A. Franklin
14                                      JILL A. FRANKLIN
                                        State Bar No. 128280
15                                      YARON F. DUNKEL
                                        State Bar No. 215873
16                                      515 South Figueroa St., Ste. 1400
17                                      Los Angeles, CA 90071
                                  Attorneys for Defendant/Third Party Plaintiff,
18                                LINDSAY CORPORATION

19
20 Dated:  2/24/14                **RUSHFORD & BONOTTO, LLP**

21                                By:   /s/ James W. Rushford
22                                      JAMES W. RUSHFORD
                                        State Bar No. 88739
23                                      1010 Hurley Way, Suite 410
                                        Sacramento, CA 95825
24                                Attorney for Third Party Defendant,
25                                LLOYD W. AUBRY CO., INC.

26 / / /
27 / / /
28

/ / /

Dated:  2/24/14				**PORTER SCOTT**

					By:   /s/ Timothy M. Blaine
					       TIMOTHY M. BLAINE
					       State Bar No. 124176
					       350 University Avenue, Suite 200
					       Sacramento, CA 95825
					Attorneys for Third Party Defendant Project Assistant Corp


Dated:  2/24/14				**RESNICK & LOUIS**

					By:   /s/ Brian A. Gonsalves
					       Brian A. Gonsalves
					       State Bar No. 238317
					       9891 Irvine Center Dr., Suite 200
					       Irvine, CA 92618
					Attorneys for Special Services Contractors, Inc.


Dated:  2/24/14				**STOEL RIVES LLP**

					By:   /s/ Jonathan A. Miles
					       JONATHAN A. MILES
					       State Bar No. 268034
					       500 Capitol Mall, Suite 1600
					       Sacramento, CA 95814
					Attorneys for Plaintiff, GCUBE INSURANCE SERVICES, INC.


## **ORDER**

All Parties having stipulated for an order determining the good faith of the settlement between Third Party Plaintiff Lindsay Corporation and Third Party Defendant Lloyd W. Aubry Co., Inc. pursuant to California Code of Civil Procedure §877.6, the court finds and orders as follows:

1  There appearing to the satisfaction of the court that the settlement between Third
2 Party Plaintiff Lindsay Corporation on one hand, and Lloyd W. Aubry Co., Inc. on the
3 other hand, is a good faith settlement within the meaning and effect of California Code
4 of Civil Procedure §877.6.  Accordingly, all further claims against Lloyd W. Aubry
5 Co., Inc. for equitable comparative contribution, partial or comparative indemnity,
6 comparative negligence or comparative fault are barred.

Dated:  February 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE