JAMES W. RUSHFORD, ESQ.
State Bar No. 88739
KRISTINA L. SAGER, ESQ.
State Bar No. 249746
RUSHFORD & BONOTTO, LLP
1010 Hurley Way, Suite 410
Sacramento, California  95825
(916) 565-0590

Attorneys for Third Party Defendant,
LLOYD W. AUBRY CO., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDSAY CORPORATION, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-CV-01163-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL**<br>Judge:  Hon. William B. Shubb<br>Complaint Filed:  4/30/12<br>Trial Date:  5/6/14 |
| LINDSAY CORPORATION,<br><br>　　　　Third Party Plaintiff,<br><br>　vs.<br><br>AREVA SOLAR, INC., AUSRA CA I, LLC, now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC; LLOYD W. AUBRY CO., INC,; MATERIAL INTEGRITY SOLUTIONS, INC.; and ZOES 1 through 50, inclusive,<br><br>　　　　Third-Party Defendants. | |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Third Party Complaint of Lindsay

1

STIPULATION FOR DISMISSAL

1  Corporation in the above-captioned action be and hereby is dismissed with prejudice
2  as to Lloyd W. Aubry Co., Inc. pursuant to FRCP 41(a)(1).

3  Dated:  2/24/14                **SCHAFFER, LAX, MCNAUGHTON & CHEN**

4                                 By:   /s/ Jill A. Franklin
5                                        JILL A. FRANKLIN
                                         State Bar No. 128280
6                                        YARON F. DUNKEL
                                         State Bar No. 215873
7                                        515 South Figueroa St., Ste. 1400
8                                        Los Angeles, CA 90071
                                   Attorneys for Defendant/Third Party Plaintiff,
9                                  LINDSAY CORPORATION
10

11 Dated:  2/24/14                **RUSHFORD & BONOTTO, LLP**

12                                 By:   /s/ James W. Rushford
                                         JAMES W. RUSHFORD
13                                       State Bar No. 88739
14                                       1010 Hurley Way, Suite 410
                                         Sacramento, CA 95825
15                                 Attorney for Third Party Defendant,
16                                 LLOYD W. AUBRY CO., INC.

17 Dated:  2/24/14                **PORTER SCOTT**

18                                 By:   /s/ Timothy M. Blaine
19                                       TIMOTHY M. BLAINE
                                         State Bar No. 124176
20                                       350 University Avenue, Suite 200
                                         Sacramento, CA 95825
21                                 Attorneys for Third Party Defendant Project
22                                 Assistant Corp

23
   Dated:  2/24/14                **RESNICK & LOUIS**
24

25                                 By:   /s/ Brian A. Gonsalves
                                         Brian A. Gonsalves
26                                       State Bar No. 238317
27                                       9891 Irvine Center Dr., Suite 200
                                         Irvine, CA 92618
28

Attorneys for Special Services Contractors, Inc.

Dated:  2/24/14         **STOEL RIVES LLP**

By:     /s/ Jonathan A. Miles
     JONATHAN A. MILES
     State Bar No. 268034
     500 Capitol Mall, Suite 1600
     Sacramento, CA 95814
Attorneys for Plaintiff, GCUBE INSURANCE SERVICES, INC.

## ORDER

The Parties having stipulated for the dismissal of Third Party Plaintiff Lindsay Corporation's complaint as to Third Party Defendant Lloyd W. Aubry Co., Inc., the court finds and orders as follows:

The complaint of Third Party Plaintiff Lindsay Corporation is hereby ordered dismissed as to Third Party Defendant Lloyd W. Aubry Co., Inc.

Dated:  February 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE