EDWARD C. DUCKERS (SB #242113)
JONATHAN A. MILES (SB#268034)
CARISSA M. BEECHAM (SB# 254625)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781
ecduckers@stoel.com
jamiles@stoel.com
cmbeecham@stoel.com

Attorneys for Plaintiff
GCUBE INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants.<br><br>LINDSAY CORPORATION,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>AREVA SOLAR, INC.; AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC.; LLOYD W. AUBRY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC.; and ZOES 1 through 50, inclusive,<br><br>　　　　　　　Third-Party Defendants. | Case No. 2:12-01163 WBS<br><br>**ORDER FINDING RATIFICATION BY GCUBE UNDERWRITING LTD. OF ACTION BROUGHT BY GCUBE INSURANCE SERVICES, INC.** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

2:12-cv-01163-WBS-CD

[PROPOSED] ORDER FINDING RATIFICATION BY GCUBE UNDERWRITING LTD OF ACTION BROUGHT BY GCUBE INSURANCE SERVICES, INC.

75969310.1 0036090-00007

On March 25, 2014, this Court issued an Order in response to Defendant Lindsay Corporation's Motion for Summary Judgment. The Order denied Lindsay's motion on the condition that by April 14, 2014, either GCube Underwriting Limited or the Lloyd's Syndicates must join, ratify, or be substituted into this action. On April 14, 2014, GCube Insurance Services submitted a Ratification By GCube Underwriting Limited ("Ratification") of this action brought by GCube Insurance against Lindsay Corporation. In this Ratification, GCube Underwriting authorized the continuation of this action by GCube Insurance and agreed to be bound by the result of the lawsuit brought by GCube Insurance.

By virtue of the Ratification submitted by GCube Insurance which contains the ratification of this action by GCube Underwriting, IT IS ORDERED that the condition to the Court's March 25 Order denying Lindsay's Motion for Summary Judgment has been met because GCube Underwriting has ratified this action pursuant to Federal Rule of Civil Procedure 17(a)(3). IT IS FURTHER ORDERED that GCube Insurance may continue its prosecution of this action.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-1-                    2:12-cv-01163-WBS-CD

[PROPOSED] ORDER FINDING RATIFICATION BY GCUBE UNDERWRITING LTD OF ACTION BROUGHT BY GCUBE INSURANCE SERVICES, INC.

75969310.1 0036090-00007