**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Timothy M. Blaine, SBN 124176
Christopher M. Egan, SBN 232301
Clayton T. Cook, SBN 260891
350 University Ave., Suite 200
Sacramento, California 95825
Tel: (916) 929-1481
Fax: (916) 927-3706
E-mails: tblaine@porterscott.com; cegan@porterscott.com; ccook@porterscott.com

Attorneys for Third-Party Defendant PROJECT ASSISTANCE CORP. (formerly known as MATERIAL INTEGRITY SOLUTIONS, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>―――――――――――――――――/<br>LINDSAY CORPORATION,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>AREVA SOLAR, INC., AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC.; LLOYD W. AUBRY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC. and ZOES 1 through 50, Inclusive,<br><br>　　　　　Third-Party Defendants.<br>―――――――――――――――――/ | CASE NO. 2:12-cv-01163-WBS-CKD<br><br>**ORDER GRANTING PROJECT ASSISTANCE CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL (C.C.P § 877.6)**<br><br>DATE:　　June 30, 2014<br>TIME:　　2:00 p.m.<br>CTRM:　　5<br>JUDGE:　　William B. Shubb<br><br>Complaint Filed:　　　　April 30, 2012<br>Cross-Complaint Filed:　　March 1, 2013 |

1

**[PROPOSED] ORDER GRANTING PROJECT ASSISTANCE CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL (C.C.P § 877.6)**
{01263842.DOCX}

Good cause appearing, Third-Party Defendant PROJECT ASSISTANCE CORPORATION's (PAC's) motion for determination of good faith settlement and dismissal is granted.

THEREFORE, IT IS ORDERED that PAC's settlement with Plaintiff was entered into in good faith pursuant to California Code of Civil Procedure sections 877 and 877.6.

IT IS FURTHER ORDERED that pursuant to California Code of Civil Procedure section 877.6(c), the settlement involving PROJECT ASSISTANCE CORPORATION bars any and all present or future claims against PROJECT ASSISTANCE CORPORATION for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault.

IT IS FURTHER ORDERED that the Third-Party Complaint of Lindsay Corporation as to PAC is dismissed with prejudice.

The June 30, 2014 hearing date is hereby vacated, and no appearance is required.

**IT IS SO ORDERED.**

**Dated:  June 24, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING PROJECT ASSISTANCE CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL (C.C.P § 877.6)**

{01263842.DOCX}

*Gcube Insurance Services, Inc. v. Lindsay Corporation*
**U.S. District Court, Eastern District of California, Case No. 2:12-cv-01163-WBS-CKD**

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On the date referenced below, I served the following document(s):

**[PROPOSED] ORDER GRANTING PROJECT ASSISTANCE CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL (C.C.P § 877.6)**

__X__ **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.

_____ **BY PERSONAL SERVICE.** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____ **BY OVERNIGHT DELIVERY.** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____ **BY FACSIMILE.** I caused such document to be faxed to the office of the person(s) listed below with an original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and was executed on May 9, 2014, at Sacramento, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sunita Narayan*
　　　　　　　　　　　　　　　　　　　　　　　　Sunita Narayan

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL.: 916.929.1481
FAX: 916.927.3706

3
**[PROPOSED] ORDER GRANTING PROJECT ASSISTANCE CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL (C.C.P § 877.6)**
{01263842.DOCX}

## SERVICE LIST

**Counsel for Plaintiff:**
Jonathan A. Miles
Carissa M. Beecham
Edward C. Duckers
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Tel: (916) 447-0700
Fax: (916) 447-4781
jamiles@stoel.com; cmbeecham@stoel.com;
ecduckers@stoel.com

**Third-Party Defendant Special Services Contractors, Inc.:**
Brian A. Gonsalves
RESNICK & LOUIS, P.C.
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Tel: (714) 709-4400
Fax: (602) 456-6256
BGonsalves@rlattorneys.com

**Def/Third-Party Plaintiff Lindsay Corporation:**
Jill A. Franklin
Yaron F. Dunkel
SCHAFFER, LAX McNAUGHTON & CHEN
515 South Figueroa Street, Suite 1400
Los Angeles, CA 90071
Tel: (213) 337-1000
Fax: (213) 337-1010
franklinj@slmclaw.com; dunkely@slmclaw.com

**[PROPOSED] ORDER GRANTING PROJECT ASSISTANCE CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL (C.C.P § 877.6)**
{01263842.DOCX}