UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>              Defendant. | CIV. NO. 2:12-1163 WBS CKD<br><br><br>ORDER |
| LINDSAY CORPORATION,<br><br>              Third-party<br>              Plaintiff,<br>     v.<br><br>AREVA SOLAR, INC.; AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC.; LLOYD W. AUBRY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC.; and ZOES 1 through 50, inclusive,<br><br>              Third-Party<br>              Defendants. | |

----oo0oo----

1

1           After an eleven-day trial, the jury was unable to reach
2  a verdict in this case, and the court declared a mistrial on
3  August 27, 2014.  A retrial is therefore set to commence on April
4  7, 2015, at 9:00 a.m. in Courtroom No. 5.
5           The Final Pretrial Order entered on May 29, 2014
6  remains in effect and will control the second trial.  (See Docket
7  No. 86.)  All pretrial filings contemplated by and filed in
8  accordance with the Final Pretrial Order similarly remain in
9  effect and those filings shall not be supplemented or re-filed.
10          IT IS SO ORDERED.
11 Dated:  October 6, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE