```
1  BRIAN A. GONSALVES, ESQ., SBN 238317
   RESNICK & LOUIS, P.C.
2  9891 Irvine Center Dr., Suite 200
   Irvine, CA 92618
3  714.709.4400
   Attorney for Third Party Defendant
4  Special Service Contractors, Inc.
5
6
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>LINDSAY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01163-WBS-CKD<br>**STIPULATION FOR DISMISSAL OF THIRD PARTY DEFENDANT SPECIAL SERVICE CONTRACTORS, INC.** |
| LINDSAY CORPORATION, Third-Party Plaintiff,<br><br>v.<br><br>AREVA SOLAR, INC., AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC; LLOYD W. AUBREY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC, and ZOES 1 through 50 Inclusive,<br><br>Third-Party Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Third Party Complaint of Lindsay Corporation in the above captioned action may be and hereby is dismissed with prejudice as to Special Service

- 1 -

1 | Contractors, Inc., pursuant to FRCP 41(a)(1), the parties to bear their own costs and attorneys
2 | fees.

DATED: <u>October 24,          </u>, 2014.

                              STOEL RIVES, LLP

                              By: <u>  /s/ Jonathan A. Miles, Esq.         </u>
                                   Jonathan A. Miles, Esq.
                                   Attorneys for Plaintiff
                                   GCube Insurance Services, Inc.

DATED:   September 2, 2014.

                              SCHAFFER, LAX, MCNAUGHTON & CHEN

                              By: <u>  /s/  Jill A. Franklin, Esq.</u>
                                   Jill A. Franklin, Esq.
                                   Attorneys for Defendant and Third Party
                                   Plaintiff Lindsay Corporation

DATED: <u>                    </u>, 2014.

                              PORTER SCOTT

                              By:<u>                                        </u>
                                   Timothy M. Blaine, Esq.
                                   Clayton T. Cook, Esq.
                                   Attorneys for Third Party Defendant
                                   Project Assistance Corporation (successor in
                                   interest to Material Integrity Solutions)

DATED: October 24, 2014.

                              RESNICK & LOUIS, P.C.

                              By:<u>   /s/  Brian A. Gonsalves, Esq.</u>
                                   BRIAN A. GONSALVES, ESQ.
                                   Attorneys for Third Party Defendant
                                   Special Service Contractors, Inc.

# ORDER

The Parties having stipulated for the dismissal of Third Party Plaintiff Lindsay Corporation's complaint as to Special Service Contractors, Inc., the court finds and orders as follows:

The complaint of Third Party Plaintiff Lindsay Corporation is hereby ordered dismissed with prejudice as to Third Party Defendant Special Service Contractors, Inc., the parties to bear their own costs and attorneys' fees.

Dated: October 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE