EDWARD C. DUCKERS (SB #242113)
ecduckers@stoel.com
JONATHAN A. MILES (SB #268034)
jamiles@stoel.com
CARISSA M. BEECHAM (SB #254625)
cmbeecham@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA  94111
Telephone:  (415) 617-8900
Facsimile:  (415) 617-8907

Attorneys for Plaintiff
GCube Insurance Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCUBE INSURANCE SERVICES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDSAY CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01163-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |
| LINDSAY CORPORATION,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>AREVA SOLAR, INC.; AUSRA CA I, LLC now known as AREVA SOLAR CA I, LLC; SPECIAL SERVICES CONTRACTORS, INC.; LLOYD W. AUBRY CO., INC.; MATERIAL INTEGRITY SOLUTIONS, INC.; and ZOES 1 through 50, inclusive,<br><br>　　　　　　Third-Party Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL

2:12-CV-01163-WBS-CD

77847042.1 0036090-00007

# STIPULATION

WHEREAS the undersigned parties to the above-captioned proceeding have resolved the dispute that formed the basis for the claims in these proceedings; and,

WHEREAS the undersigned parties are the only parties that remain in this action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a), that:

1. The above-captioned action is dismissed; and

2. Each party agrees to be responsible for its own costs, including legal fees, incurred in connection with the above-captioned proceeding.

DATED: January 7, 2015

STOEL RIVES LLP

By: /s/ Jonathan A. Miles
    EDWARD C. DUCKERS
    JONATHAN MILES
    Attorneys for Plaintiff
    GCube Insurance Services, Inc.

DATED: January 7, 2015

SCHAFFER, LAX, MCNAUGHTON & CHEN

By: /s/ Jill A. Franklin
    (as authorized on 1/7/15)
    JILL A. FRANKLIN
    Attorneys for Defendant and
    Third-Party Plaintiff
    LINDSAY CORPORATION

# **ORDER**

The Parties having stipulated for the dismissal of Plaintiff GCube Insurance Services, Inc.'s complaint as to Defendant Lindsay Corporation, the Court finds and orders as follows:

    1.    The above-captioned action is dismissed, the parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 8, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE